**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

                Plaintiff,

                                  Civ. No. 10-831 (RHK/JJG)
                                  **ORDER FOR JUDGMENT**

v.

Maria K. Woroby,

                Defendant.

      This matter is before the Court on the March 4, 2011 Report and Recommendation of United States Magistrate Judge Jeanne J. Graham (Doc. No. 36).  No objections to the Report and Recommendation have been filed in the time period permitted.

      Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the Report and Recommendation is **ADOPTED**, and Plaintiff's Motion for Report and Recommendation and Order for Sanctions (Doc. No. 18) is **GRANTED IN PART** and **DENIED IN PART**, as set forth more fully in the Report and Recommendation.  Plaintiff shall recover of Defendant the sum of $144,114.71,[1] plus interest as provided in 28 U.S.C. § 1961.

      **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 1, 2011                               s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                         United States District Judge

---

[1] $141,264.15 in principal and interest through November 24, 2009, as set forth in the Report and Recommendation, plus interest of $22.27 per day since November 24, 2009 (128 days).