## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

                Plaintiff,

                                    Civ. No. 10-831 (RHK/JJG)
                                    **ORDER FOR AMENDED**
                                    **JUDGMENT**

v.

Maria K. Woroby,

                Defendant.

---

The Court having detected an error in its Order for Judgment (Doc. No. 38) and the Judgment subsequently entered by the Clerk (Doc. No. 39),[1] and pursuant to its authority under Federal Rule of Civil Procedure 60(a), **IT IS ORDERED** that the Judgment shall be **AMENDED** as follows: Plaintiff shall recover of Defendant the sum of $152,243.26,[2] plus interest as provided in 28 U.S.C. § 1961.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 5, 2011                                    s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                  United States District Judge

---

[1] The Court erroneously calculated the interest to which Plaintiff is entitled. The Order for Judgment provided for only 128 days of interest (see Order for Judgment n.1), but there are actually 493 days between November 24, 2009, and April 1, 2011, the date judgment entered.

[2] Comprising $141,264.15 in principal and interest through November 24, 2009, plus interest of $22.27 per day since November 24, 2009 (493 days), *i.e.*, $10,979.11 in interest.